United States District Court
Northern District of New York

| | | |
|---|---|---|
| Melissa L. Jacques, | ) | Case 1:19-cv-00168-GLS-ATB |
|     *Plaintiff*, | ) | |
| | ) | Hon. Andrew T. Baxter |
| vs. | ) | United States Magistrate Judge |
| | ) | |
| Andrew Saul,[1] | ) | Stipulation – Document Filed Electronically |
| Commissioner of the Social | ) | |
| Security Administration | ) | |
|     *Defendant*. | ) | |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Andrew Saul, | Melissa L. Jacques |
| By His Attorneys | By Her Attorney |
| Grant C. Jaquith, | |
| United States Attorney | |
| */s/ Nicole Sonia* | */s/ Michael J. Telfer*[2] |
| Nicole Sonia | Michael J. Telfer, Bar Number 517495 |
| Special Assistant United States Attorney | Legal Society of Northeastern New York, Inc. |
| N.D.N.Y. Bar Roll No. 701049 | 95 Central Avenue |
| Social Security Administration | Albany, NY 12206 |
| Office of the General Counsel | (518) 533-5933 |

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

[2] Signed by Attorney Nicole Sonia with Attorney Michael J. Telfer's permission, provided via e-mail on October 4, 2019.

J.F.K. Federal Building, Room 625    mtelfer@lasnny.org
Boston, MA 02203
(617) 565-4281
Nicole.Sonia@ssa.gov

IT IS SO ORDERED:

Andrew T. Baxter
U.S. Magistrate Judge
Dated: October 7, 2019
Syracuse, NY